**2010–0118. Tobacco Use Prevention & Control Found. v. Boyce.**
Franklin App. Nos. 09AP–768, 09AP–769, 09AP–785, 09AP–786, 09AP–832, and 09AP–833, 2009-Ohio-6993. On emergency motion of state of Ohio and Ohio Attorney General for expedited briefing schedule. Motion granted. Appellants' merit brief shall be filed within 20 days after the filing of this order; appellees' merit brief shall be filed within 20 days of the filing of appellants' merit brief; and appellants may file a reply brief within ten days thereafter.

O'DONNELL and CUPP, JJ., dissent and would not expedite the briefing schedule.

Sua sponte, oral argument in this cause shall be expedited.

**2010–0310. State v. Zachary.**
Franklin App. No. 08AP–451, 2009-Ohio-1180. On motion for leave to file delayed appeal. Motion denied.

PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2010–0311. State v. Tooson.**
Montgomery App. No. 23290, 2009-Ohio-6269. On motion for leave to file delayed appeal. Motion granted.

PFEIFER, O'CONNOR, and LANZINGER, JJ., dissent.

**2010–0312. State v. O'Neil.**
Portage App. No. 2008-P-0090, 2009-Ohio-7000. On motion for leave to file delayed appeal. Motion granted.

**2010–0317. State v. Gotel.**
Lake App. No. 2009–L–051, 2009-Ohio-6516. On motion for leave to file delayed appeal. Motion granted.

LUNDBERG STRATTON, O'CONNOR, and LANZINGER, JJ., dissent.

**2010–0318. State v. Hitchcock.**
Cuyahoga App. No. 92263, 2009-Ohio-6455. On motion for leave to file delayed appeal. Motion granted.

O'CONNOR and LANZINGER, JJ., dissent.

**2010–0325. State v. Hawk.**
Knox App. No. 2009CA000028. On motion for leave to file delayed appeal. Motion granted.

O'CONNOR, O'DONNELL, and LANZINGER, JJ., dissent.

**2010–0326. State v. Houston.**
Montgomery App. No. 22847, 2009-Ohio-1950. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

**2010–0334. State v. Taylor.**
Huron App. No. H–08–026, 2009-Ohio-6496. On motion for leave to file delayed appeal. Motion granted.

O'CONNOR, O'DONNELL, and LANZINGER, JJ., dissent.

**2010–0337. State v. Sanders.**
Allen App. No. 1–09–01, 2009-Ohio-5437. On motion for leave to file delayed appeal. Motion denied.

PFEIFER and LANZINGER, JJ., dissent.

**2010–0350. State v. Cardamone.**
Cuyahoga App. No. 92235, 2009-Ohio-5361. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.